United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Yackson Vaillant, Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 18-22549-Civ-Scola |
| | ) |
| Jeff Sessions, and others, | ) |
| Respondents. | ) |

### Order Adopting Magistrate Judge's Report And Recommendation

This case was referred to United States Magistrate Judge Patrick A. White, consistent with Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On July 9, 2018, Judge White issued a report, recommending that the petition for writ of habeas corpus pursuant to 28 U.S.C. section 2241 be dismissed as moot, since the Petitioner has been released from ICE custody and is now in custody of the Miami-Dade County Department of Corrections in connection with a pending state criminal proceeding. (R. & R., ECF No. 10.) The Petitioner has not filed objections to the report, and the time to do so has passed.

The Court has considered Judge White's report, the record, and the relevant legal authorities. The Court finds Judge White's report and recommendation cogent and compelling. The Court **affirms and adopts** Judge White's report and recommendation (**ECF No. 10**). The Court **dismisses as moot** the petition for writ of habeas corpus (**ECF No. 1**). The Court does not issue a certificate of appealability. Finally, the Court directs the Clerk to **close** this case. Any pending motions are denied as moot.

**Done and ordered** at Miami, Florida, on July 31, 2018.

_____
Robert N. Scola, Jr.
United States District Judge